McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   ) <br>              Plaintiff,           )<br>                                   )<br>     v.                            )<br>                                   )<br>JARED ORESTE GIAMPAOLI,            )<br>                                   )<br>              Defendant.           )<br>_____) | CR. NO. S-05-0396-PAN<br>CR. NO. S-05-0397-KJM<br><br><br><br>MOTION AND STIPULATION<br>TO RELATE CASES |

     Pursuant to this Court's Local Rule 83-123(3) & (4), plaintiff United States of America, with the agreement of Candace Fry, Esq., counsel for the above-captioned defendant, hereby jointly notify the Court of the filing of a related case and the parties further move that the case be related.

     On September 27, 2005, an Information was filed initiating case no. CR. S-05-0396-PAN against Steven Foster-Little.  The

1

1  charge against Foster-Little involved, on September 11, 2004,
2  interference with federally protected rights in violation of 18
3  U.S.C. § 245(b)(2)(A), and aiding and abetting such, in violation
4  of 18 U.S.C. § 2.
5      Thereafter, also on September 27, 2005, in the Eastern
6  District of California, an Information was filed against Jared
7  Oreste Giampaoli initiating case no. CR. S-05-0397-KJM.  The charge
8  against Giampaoli similarly involved, on September 11, 2004,
9  interference with federally protected rights in violation of 18
10 U.S.C. § 245(b)(2)(A), and aiding and abetting such, in violation
11 of 18 U.S.C. § 2.  Giampaoli, via his counsel, Candace Fry, agrees
12 that the offense conduct, offense evidence, and relevant
13 witness/victim information are related to the matter charged
14 against Foster-Little.
15     The United States and defendant Giampaoli, with the consent of
16 his counsel, hereby stipulate that for purposes of judicial and
17 administrative efficiency, the recently charged case against
18 defendant Jared Oreste Giampaoli, CR. S-05-0397-KJM, should be
19 related before Judge Peter A. Nowinski with the earlier charged
20 case against Foster-Little, CR. NO. S-05-0396-PAN.
21     The parties stipulate that in each case, there are related
22 evidence issues, sentencing issues and/or similar witness concerns.
23 Significantly, relation of the two cases against each defendant
24 with the same judicial officer would help coordinate and deal with
25 ///
26 ///
27 ///
28

prosecutive/judicial burdens.  In addition, relating the cases would be efficient for the U.S. Probation Office.

Dated:     9/27/2005            McGREGOR W. SCOTT
                                United States Attorney

                                By:   /s/Michelle Rodriguez
                                      MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney

Dated:   9/26/2005              /S/Candace Fry   (via telephone)
                                CANDACE FRY, ESQ.,
                                Attorney for
                                JARED ORESTE GIAMPAOLI


*******************************************

   SO ORDERED.  IT IS FURTHER ORDERED that the action denominated CR. S-05-0397-KJM is reassigned to Judge Peter A. Nowinski for all further proceedings.  The caption on all documents filed shall be shown as CR. NO. S-05-0397-PAN.
   HEREBY, IT IS FURTHER ORDERED that the clerk of the court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

   Dated:  September 27, 2005.

                                 /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge

3